UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

**RAMARAJU ROM ERRAMRAJU,**
    Plaintiff,

    v.

**BLOUNT COUNTY JAIL, et al.,**
    Defendants.

Case No. 2:24-cv-258-CLM-GMB

## MEMORANDUM OPINION

The magistrate judge has entered a report, recommending the court dismiss this case without prejudice under 28 USC § 1915A(b) for failure to state a claim upon which relief can be granted. (Doc. 19). The magistrate judge advised the plaintiff of his right to object, but the court hasn't received any objections.[1]

After considering the record and the magistrate judge's report, the court **ADOPTS** the report and **ACCEPTS** the recommendation. Consistent with that recommendation and 28 U.S.C. § 1915A(b), the court will dismiss this case without prejudice for failure to state a claim upon which relief can be granted.

The court will enter a separate final judgment that closes this case.

**Done** on January 15, 2025.

*/s/ Corey L. Maze*
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff has filed a notice that asks the court to give him counsel (doc. 20). The plaintiff hasn't shown how his claims are novel or complex or why the appointment of counsel is justified. *See Fowler v. Jones*, 899 F.2d 1088, 1096 (11th Cir. 1990). So the court won't grant Plaintiff's request to appoint him counsel.